MYRTLE L. PIGNATELLI, Respondent, *v.* GIMBEL BROTHERS, INC., Appellant.

Argued October 18, 1955; decided December 1, 1955.

*John Nielsen* and *John P. Smith* for appellant.
*Zenaida Drabkin* and *Grace H. Connell* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.